IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HOWARD BROWN, | ) |
| BRANDON SIBLEY | ) |
|     Plaintiffs, | ) |
| V. | ) Case No. 3:23-CV-24-SMHJ-CBW |
| UNITED STATES MARSHALS SERVICE, | ) |
| et al, | ) |
|     Defendants. | ) |

RECEIVED
FEB 2 2 2023
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

## AFFIDAVIT IN SUPPORT

Melanie Jerusalem
5130 Woodside Drive
Baton Rouge, LA 70808
jerusalemmelanie@yahoo.com
337-945-9008

# AFFIDAVIT IN SUPPORT

## I.    JURAT

One, Melanie Jerusalem, the Undersigned Affiant, hereinafter known as I, me, myself or one, Melanie Jerusalem, does hereby solemnly affirm, declare and state, under penalty and perjury, including first hand witness and testimony as follows:

1. Affiant is competent to state the matters set forth herewith.

2. Affiant has personal knowledge of the facts stated herein

3. All the facts stated herein are true, correct, and complete in accordance with Affiant's best firsthand knowledge and understanding, and if called upon to testify as witness Affiant shall so state.

## II.    FACTS

4.    Affiant is a member of the general public and an adult resident of Louisiana.

5.    On July 28, 2022, I entered the Middle District Court of Louisiana (hereafter, MDCL) to file a civil complaint that involves national security of federal elections. The lady in front of me entering the metal detector of courthouse was allowed through without a medical device (mask). The man in uniform with a gun asked me to show medical records (proof of vaccination). I told the man that I do not have those medical records. The man said that I would need to wear a mask and gestured that I wear a blue medical device (mask) or the N95 medical device (mask) that the courthouse had in open air, un-sealed, non-sterile containers. I told the man that I cannot wear those. I had a piece of cloth around my neck and pulled the cloth over my mouth to proceed

through the metal detector. The cloth was below my nose because I was having a difficult time breathing. The man told me to put it over my nose. The men searching through my box of court documents questioned why I had my vitamin containers with me and one man treated me as a public health hazard, repeatedly fumbled grabbing my hat off the x-ray belt with a pair of extension grabbers to "hand to me". I proceeded to the clerk office and removed the face cloth before filing my documents.

6. On August 12, 2022, I entered the MDCL to file an amended complaint. The men in uniforms with guns <u>did not</u> ask for my medical records (proof of vaccination) or to wear a medical device (mask). I was allowed to go through metal detector and to the clerk office, without question about vaccination and masks, to file my court documents.

7. On August 16, 2022, I entered the MDCL to file summons for my complaint. The man in uniform with a gun asked for my medical records (proof of vaccination) and if I do not have them I need to put on a medical device (mask) and gestured toward the blue next to the x-ray belt or the N95 mask at the entrance of the courthouse. Both masks were stored in open air, un-sealed, non-sterile containers. I asked him "Why do I need to tell you that? Last time I was here (4 days prior) ya'll did not ask me for that. Ya'll allowed me to go to the clerk office without those things". He didn't know the answer to my question but told me I need to put on a mask in order access the clerk office. I told him that I cannot wear those masks. He said I have to put it on or I need to leave. I began to cry under duress and explained that "I only need to walk a few feet to the clerk's office to file the papers, could someone help me?" He said 'No' and if I don't put on a mask, I cannot enter. I asked to read the boxes of the masks. There was no official container with description for the masks at door. The box for blue masks only contained instructions of how to wear the mask. It had no language stating that it will prevent the spread of any virus or that it

would allow me to breathe adequate oxygen. The men recognized that I was under duress and crying but continued to tell me to put on the mask. I put on the mask, proceeded through the metal detector, then to the clerks office. I removed the mask because I was having a difficult time breathing.

8.  On September 30, 2022, I entered the MDCL to file court documents. The men in uniforms with guns <u>did not</u> ask for my medical records (proof of vaccination) or to wear a medical device (mask). I was allowed to go through metal detector and to the clerks office, without question about vaccination and masks, to file my court documents.

FURTHER THE AFFIANT SAYETH NAUGHT.

Melanie Jerusalem, *Affiant*

SWORN TO and subscribed before me this 15th day of February, 2023.

_____
Notary Public
Sharon M. Odom, Notary No. 67667
My commission expires: At Death

Jerusalem
5130 Woodside Dr.
Baton Rouge, LA 70808

BATON ROUGE LA 707
16 FEB 2023 PM 1 L

OPENED SCREENED OK MARSHALL

Clerk of Court
Louisiana Middle District
777 Florida Street
Suite 139
Baton Rouge, LA 70801

70801-178699


FOREVER / USA