**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HOWARD G. BROWN** <br> **BRANDON A. SIBLEY** | **CASE NO. 3:23-CV-00024** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **UNITED STATES MARSHALS SERVICE ET AL** | **MAGISTRATE JUDGE CAROL WHITEHURST** |

## ORDER

Before the Court is Plaintiffs' Motion to Include Evidence in which Plaintiffs, proceeding *pro se*, seek to file a photograph into the record. (Rec. Doc. 6). Considering the requested relief and the contents of the Complaint, the Court construes Plaintiffs' motion as a motion to supplement the Complaint to include the additional factual allegations and photograph. Accordingly,

IT IS ORDERED that Plaintiffs' Motion to Include Evidence is converted to a Motion to Supplement Complaint and is hereby GRANTED.

Signed at Lafayette, Louisiana on this 23rd day of February, 2023.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE