AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-24-JWD-EWD

RECEIVED

FEB 2 4 2023

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Chief Judge Shelly D. Dick</u> was received by me on *(date)* <u>Jan 25, 2023, 1:00 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tara Madison, Chief Deputy Clerk of Court United States District Court of Middle District of Louisiana</u> , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* <u>Fri, Feb 03 2023 10:39 am</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ ____0____ for travel and $ ____102.90____ for services, for a total of $ 102.90.

I declare under penalty of perjury that this information is true.

Date:   2/3/2023

_____
*Server's signature*

Herb Battistella, Process Server
_____
*Printed name and title*

CAPITAL PROCESS SERVICE, LLC.............................
5916 South Shore Dr., Baton Rouge, LA 70817-3982 ...............
225-756-2537 • www.BatonRougeProcessServer.com
_____
*Server's address*

Additional information regarding attempted service, etc.:

Successful Service: Friday, February 3, 2023, 10:39 am CST at US District Court Middle District of Louisiana, Chief Judge Shelly D. Dick: 777 Florida St. Suite 301, Baton Rouge, LA 70801 received by Tara Madison, Chief Deputy Clerk of Court United States District Court of Middle District of Louisiana. Age: 45; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'6"; Hair: Black.  Served Chief Deputy Clerk of Court who accepted for Chief Judge Shelly D. Dick,

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-24-JWD-EWD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* US Marshal William Brown, Jr. was received by me on *(date)* Jan 25, 2023, 1:00 pm.

> [X] I personally served the summons on the individual at *(place)* 777 Florida St. Suite 301, Baton Rouge, LA 70801 on *(date)* Fri, Feb 03 2023 ; or

> [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

> [ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

> [ ] I returned the summons unexecuted because: _____ ; or

> [ ] Other: _____ ; or

My fees are $ 0 for travel and $ 102.90 for services, for a total of $ 102.90 .

I declare under penalty of perjury that this information is true.

Date:   2/3/2023

_Server's signature_

Herb Battistella, Process Server

_Printed name and title_

CAPITAL PROCESS SERVICE, LLC……………...………………
5916 South Shore Dr., Baton Rouge, LA 70817-3982 ……………
225-756-2537 • www.BatonRougeProcessServer.com

_Server's address_

Additional information regarding attempted service, etc.:

Successful Service: Friday, January 27, 2023, 4:00 pm CST at US District Court Middle District of Louisiana - US Marshal William Brown, Jr.: 777 Florida St., Baton Rouge, LA 70801 received by US Marshall William Brown Jr. Age: 50; Ethnicity: Caucasian; Gender: Male; Weight: 240; Height: 5'9"; Hair: Brown. Subject willingly accepted service.

BATON ROUGE LA 707

22 FEB 2023    PM 2 L

General Post-office, Non domestic, zip exempt.

SCREENED

U.S. MARSHAL

Michael L. McConnell – Clerk of Court
Middle District of Louisiana
777 Florida Street
Suite 139
Baton Rouge, LA 70801-1712

70801-175559

H. Gary Brown
c/o 1344 Lakeridge Drive
Baton Rouge, Louisiana [70802]