UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDON ALBERT SIBLEY & HOWARD GARY BROWN | CIVIL ACTION |
| VERSUS | NO. 23-24-SMH-CBW |
| SHELLY D. DICK, et al. | |

### THE UNITED STATES OF AMERICA'S MOTION TO DISMISS UNDER RULES 12(b)(2), (5)

The United States moves the Court to dismiss the plaintiffs' claims against the following defendants (collectively, the "Marshals Defendants"): United States Marshals Service; United States Marshal William Brown, in his official capacity; United States Marshal "Jeff B.," in his official capacity; Attorney General Merrick Garland, in his official capacity; and Director Ronald L. Davis of the United States Marshal Service, in his official capacity.[1]  First, the plaintiffs have failed to properly serve the U.S. Attorney with a summons as required by Rule 4(i)(1)-(3) of the Federal Rules of Civil Procedure.  *Cf.* Fed. R. Civ. P. 12(b)(5) (authorizing dismissal for "insufficient service of process").  And second, that improper service deprives the Court of personal jurisdiction over the Marshals Defendants.  *Cf.* Fed. R. Civ. P. 12(b)(2); *Norris v. Causey*, 869 F.3d 360, 368 (5th Cir. 2017) ("Deficient service means a court lacked personal jurisdiction over a defendant . . . .").

---

[1] The U.S. Attorney's Office for the Middle District of Louisiana has not yet received approval to represent any of the Marshals Defendants in their individual capacities.  However, the United States notes that its arguments in this motion are equally applicable to any individual-capacity claims asserted by the plaintiffs.

In support of this motion, the United States submits the attached memorandum and the following exhibit:

**Exhibit A**:   Declaration of Bonnie J. Pittman, Mar. 20, 2023.

The United States requests that the Court grant its motion and dismiss the plaintiffs' claims.

Baton Rouge, Louisiana, this 20th day of March, 2023.

                                     UNITED STATES OF AMERICA, by

                                     RONALD C. GATHE, JR.
                                     UNITED STATES ATTORNEY

                                     /s/ Katherine K. Green
                                     Katherine K. Green, LBN 29886
                                     Chase E. Zachary, LBN 37366
                                     Assistant United States Attorneys
                                     777 Florida Street, Suite 208
                                     Baton Rouge, Louisiana  70801
                                     Telephone: (225) 389-0443
                                     Fax: (225) 389-0685
                                     E-mail: katherine.green@usdoj.gov
                                              chase.zachary@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on March 20, 2023, I served a copy of *The United States of America's Motion to Dismiss Under Rules 12(b)(2), (5)* on the following individuals by U.S. mail:

|  |  |
|---|---|
| Brandon A. Sibley | Howard G. Brown |
| 17125 Cline Drive | 1344 Lakeridge Drive |
| Maurepas, LA 70449 | Baton Rouge, LA 70802 |

Baton Rouge, Louisiana, this 20th day of March, 2023.

                                     /s/ Katherine K. Green
                                     Katherine K. Green, LBN 29886
                                     Assistant United States Attorney