AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana ▼

| | |
|---|---|
| Howard Brown,<br>Brandon Sibley<br><br>*Plaintiff(s)*<br><br>v.<br><br>UNITED STATES MARSHALS SERVICE,<br>SHELLY D. DICK, et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* US Attorney
Ronald C. Gathe, Jr.
777 Florida Street
Suite 208
Baton Rouge, LA 70801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Howard Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802
&
Brandon Sibley
17125 Cline Drive
Maurepas, LA 70449

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-4757 "L" (4)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ronald Gathe Jr__
was received by me on *(date)* __3/22/23__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Jenussa Arthur__, who is designated by law to accept service of process on behalf of *(name of organization)* __US Attorney Ronald Gathe JR__ on *(date)* __3/22/23__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ $12 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/22/23

*Mark R Ock__* 
Server's signature

MARK R OCKMAN
Printed name and title

218 Lejron St. Houma LA 70360
Server's address

[FILED MAR 22 2023 U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA CLERK]

Additional information regarding attempted service, etc: