# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**BRANDON SIBLEY ET AL**         **CASE NO.  3:23-CV-00024**

**VERSUS**         **JUDGE S. MAURICE HICKS**

**SHELLY D. DICK ET AL**         **MAGISTRATE JUDGE WHITEHURST**

## ORDER

Considering Plaintiff Howard Brown's Motion for Leave to Amend Complaint (Rec. Doc. 20),

IT IS ORDERED that Plaintiff's Motion for Leave to Amend Complaint (Rec. Doc. 20) is GRANTED.

Signed at Lafayette, Louisiana on this 29th day of March, 2023.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE