AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| Howard Brown,<br>Brandon Sibley<br><br>*Plaintiff(s)*<br>v.<br>UNITED STATES MARSHALS SERVICE,<br>SHELLY D. DICK, et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:23-cv-24-SMH-CBW<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Michael Attaway
777 Florida Street
Baton Rouge, LA 70801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Howard Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802
&
Brandon Sibley
17125 Cline Drive
Maurepas, LA 70449

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*



Date: March 30, 2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| Howard Brown, Brandon Sibley <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATES MARSHALS SERVICE, SHELLY D. DICK, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:23-cv-24-SMH-CBW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Jeff Bowie
777 Florida Street
Room G-48
Baton Rouge, LA 70801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Howard Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802
&
Brandon Sibley
17125 Cline Drive
Maurepas, LA 70449

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*

Date: March 30, 2023



_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

Howard Brown,
Brandon Sibley

*Plaintiff(s)*

v.

UNITED STATES MARSHALS SERVICE,
SHELLY D. DICK, et al

*Defendant(s)*

Civil Action No. 3:23-cv-24-SMH-CBW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* METROPOLITAN SECURITY SERVICES a/k/a/ WALDEN SECURITY
100 E 10th Street
Suite 400
Chattanooga, TN 37402-4218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Howard Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802
&
Brandon Sibley
17125 Cline Drive
Maurepas, LA 70449

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
CLERK OF COURT

Date: March 30, 2023



_____
*Signature of Clerk or Deputy Clerk*