# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDON ALBERT SIBLEY & HOWARD GARY BROWN | CIVIL ACTION NO. 23-0024 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SHELLY D. DICK, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## ORDER

Considering the *Motion to Withdraw United States of America's Motion to Dismiss Under Rules 12(b)(2), (5)* (ECF No. 17), and for good cause shown;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

Accordingly, the United States of America's Motion to Dismiss Under Rules 12(b)(2), (5) (ECF No. 11) is hereby withdrawn from the Court's docket.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana this 27th day of March, 2023.

**HONORABLE S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**