# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDON ALBERT SIBLEY, ET AL. | CIVIL ACTION NO. 23-0024 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SHELLY D. DICK, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## ORDER

Plaintiff Howard Brown's "Motion for Emergency Injunction" (Record Document 18) is hereby **REFERRED** to Magistrate Judge Whitehurst for disposition.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 28th day of March, 2023.

/s/ S. Maurice Hicks, Jr.
S. MAURICE HICKS, JR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT