# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Middle District of Louisiana



RECEIVED

MAR 3 1 2023

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

**Howard Brown, et al.**

        Plaintiff(s),

VS.

**United States Marshals Service, et al.**

        Defendant(s).

Attorney: NONE

Howard Brown
1344 Lakeridge Drive
Baton Rouge LA 70802

**\*293982\***

**Case Number: 3:23-cv-00024-SMH-CBW**

Legal documents received by Same Day Process Service, Inc. on **03/23/2023** at **11:01 AM** to be served upon **Merrick B. Garland in his official capacity as Attorney General of the United States at 950 Pennsylvania St., NW, Washington, DC 20530-0001**

I, **Cora Heishman**, swear and affirm that on **March 24, 2023** at **4:26 PM**, I did the following:

Served **Merrick B. Garland in his official capacity as Attorney General of the United States** by delivering a conformed copy of the **Summons in a Civil Action; Complaint and Jury Demand on All Counts Applicable; Verification of Complaint; Cover Sheet; Exhibit A to L    by Certified Mailing to        Merrick B. Garland in his official capacity as Attorney General of the United States at 950 Pennsylvania St., NW , Washington, DC 20530-0001.**

**Supplemental Data Appropriate to this Service:** On 03/24/2023, a copy of the legal documents was certified mailed to the subject with receipt number: 70212720000089719162 to the address of: 950 Pennsylvania St., NW, Washington, DC 20530-0001. The domestic return receipt has been requested and a subsequent affidavit will be created once received.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____

**Cora Heishman**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job
ID:293982



# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Middle District of Louisiana

**Howard Brown, et al.**

        Plaintiff(s),

vs.

**United States Marshals Service, et al.**

        Defendant(s).

Attorney: NONE

Howard Brown
1344 Lakeridge Drive
Baton Rouge LA 70802

**\*293981\***

**Case Number:** 3:23-cv-00024-SMH-CBW

Legal documents received by Same Day Process Service, Inc. on **03/23/2023** at **10:56 AM** to be served upon **Ronald L. Davis, in his official capacity as Director United States Marshals Service at Department of Justice - ATTENTION: Office of General Counsel, Washington, DC 20530-0001**

I, **Cora Heishman**, swear and affirm that on **March 24, 2023** at **4:26 PM**, I did the following:

Served **Ronald L. Davis, in his official capacity as Director United States Marshals Service** by delivering a conformed copy of the **Summons in a Civil Action; Complaint and Jury Demand on All Counts Applicable; Verification of Complaint; Cover Sheet; Exhibit A to L** by Certified Mailing to **Ronald L. Davis, in his official capacity as Director United States Marshals Service at Department of Justice - ATTENTION: Office of General Counsel**, Washington, DC 20530-0001.

**Supplemental Data Appropriate to this Service:** On 03/24/2023, a copy of the legal documents was certified mailed to the subject with receipt number: 70212720000089719155 to the address of: Office of General Counsel, Washington, DC 20530-0001. The domestic return receipt has been requested and a subsequent affidavit will be created once received.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

                                    _____

**Cora Heishman**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job
ID:293981



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana  [▼]

|  |  |
|---|---|
| Howard Brown,<br>Brandon Sibley | )<br>)<br>) |
|  | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| UNITED STATES MARSHALS SERVICE,<br>SHELLY D. DICK, et al | )<br>) |
|  | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ATTORNEY GENERAL OF THE UNITED STATES
Merrick B. Garland
950 Pennsylvania Avenue
Washington, D.C., 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Howard Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802
&
Brandon Sibley
17125 Cline Drive
Maurepas, LA 70449

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana  [▼]

| | |
|---|---|
| Howard Brown,<br>Brandon Sibley<br><br>_____<br>*Plaintiff(s)*<br>v.<br>UNITED STATES MARSHALS SERVICE,<br>SHELLY D. DICK, et al<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ronald L. Davis - Director USMS
1215 Clark Street
Arlington, Virginia 22202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Howard Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802
&
Brandon Sibley
17125 Cline Drive
Maurepas, LA 70449

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

BATON ROUGE LA 707

29 MAR 2023 PM 1 L

General Post-office, Non domestic, zip exempt.

Michael L. McConnell – Clerk of Court
Middle District of Louisiana
777 Florida Street
Suite 139
Baton Rouge, LA 70801-1712

70801-175699

H. Gary Brown
c/o 1344 Lakeridge Drive
Baton Rouge, Louisiana [70802]