AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Louisiana 

| | |
|---|---|
| Howard Brown,<br>Brandon Sibley | ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) <br> ) |
| v. | )    Civil Action No. 3:23-cv-24-SMH-CBW |
| UNITED STATES MARSHALS SERVICE,<br>SHELLY D. DICK, et al | ) <br> ) <br> ) |
| *Defendant(s)* | ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jeff Bowie
777 Florida Street
Room G-48
Baton Rouge, LA 70801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Howard Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802
&
Brandon Sibley
17125 Cline Drive
Maurepas, LA 70449

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*

Date:  March 30, 2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  _Jeff Bowie_

was received by me on *(date)*  _4/5/23_ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  _Michael Attaway_ , who is
designated by law to accept service of process on behalf of *(name of organization)*  _USMS_
_____ on *(date)*  _4/5/23_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _0_ for travel and $ _120.00_ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _4/5/23_

_____
Server's signature

_DEBRA MOORE RICHARD_
Printed name and title

_14311 Coursshire Avenue, Baton Rouge, LA 70817_
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Middle District of Louisiana 

|  |  |
|---|---|
| Howard Brown,<br>Brandon Sibley | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) ) ) ) ) ) ) |
| UNITED STATES MARSHALS SERVICE,<br>SHELLY D. DICK, et al | |
| *Defendant(s)* | ) |

Civil Action No. 3:23-cv-24-SMH-CBW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Attaway
777 Florida Street
Baton Rouge, LA 70801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Howard Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802
&
Brandon Sibley
17125 Cline Drive
Maurepas, LA 70449

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Michael L. McConnell
*CLERK OF COURT*

Date: March 30, 2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ~~DEB~~ Michael Attaway

was received by me on *(date)* 4/5/23 .

☑ I personally served the summons on the individual at *(place)* Court House

on *(date)* 4/5/23 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 0 for travel and $ 120.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/5/23 _____

_____
*Server's signature*

DEBRA MOORE RICHARD
*Printed name and title*

1434 Courtshire Ave, Baton Rouge, LA 70817
*Server's address*

Additional information regarding attempted service, etc:

RECEIVED

APR 10 2023

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

H. Gary Brown
c/o 1344 Lakeridge Drive
Baton Rouge, Louisiana [70802]

SCREENED
OK
U.S. MARSHAL

70801-178699

Michael L. McConnell – Clerk of Court
Middle District of Louisiana
777 Florida Street
Suite 139
Baton Rouge, LA 70801-1712

General Post-office, Non domestic, zip exempt.

BATON ROUGE LA 707
6 APR 2023    PM 3 L

