## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Middle District of Louisiana

**Howard Brown, et al.**

      Plaintiff(s),

VS.

**United States Marshals Service, et al.**

      Defendant(s).

Attorney: NONE

Howard Brown
1344 Lakeridge Drive
Baton Rouge LA 70802



**\*293982\***

**Case Number: 3:23-cv-00024-SMH-CBW**

Legal documents received by Same Day Process Service, Inc. on **03/23/2023** at **11:01 AM** to be served upon **Merrick B. Garland in his official capacity as Attorney General of the United States at 950 Pennsylvania St., NW, Washington, DC 20530-0001**

I, **Cora Heishman**, swear and affirm that on **March 24, 2023** at **4:26 PM**, I did the following:

Served **Merrick B. Garland in his official capacity as Attorney General of the United States** by delivering a conformed copy of the **Summons in a Civil Action; Complaint and Jury Demand on All Counts Applicable; Verification of Complaint; Cover Sheet; Exhibit A to L** by Certified Mailing to Merrick B. Garland in his official capacity as Attorney General of the United States at **950 Pennsylvania St., NW , Washington, DC 20530-0001.**

**Supplemental Data Appropriate to this Service:** On 03/24/2023, a copy of the legal documents was certified mailed to the subject with receipt number: 70212720000089719162 to the address of: 950 Pennsylvania St., NW, Washington, DC 20530-0001. The domestic return receipt has been requested and a subsequent affidavit will be created once received.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Cora Heishman_

**Cora Heishman**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job
ID:293982



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $4.15                                    0228
$                                                              11
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $
Postage  $9.35
$                                          03/24/2023
Total Postage and Fees
$  $18.85

Sent To  Ronald L. Davis
Director of U.S. Marshals Service
Street and Apt. No., or PO Box No.
Department of Justice-Office of General Counsel
City, State, ZIP+4
Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Howard Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802
504-756-1987
hgarybrown@gmail.com

Invoice #:
163916

Date:
03/24/2023

## INVOICE FOR SERVICE



Service #293981: Ronald L. Davis, in
his official capacity as Director United
States Marshals Service
Department of Justice - ATTENTION:
Office of General Counsel,
Washington, DC 20530-0001
Court Case #:
3:23-cv-00024-SMH-CBW
Howard Brown, et al. v. United States Marshals Service, et al.

Your File# Howard Brown

| | |
|---|---|
| Process Serving Fee (within 495 Beltway) | $75.00 |
| Printing Fees | $5.00 |
| **TOTAL CHARGES:** | **$80.00** |
| Payment: 03/23/2023   Check#: ONLINE | -$80.00 |
| **BALANCE:** | **$0.00** |

1

# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Middle District of Louisiana

**Howard Brown, et al.**

         Plaintiff(s),

vs.

**United States Marshals Service, et al.**

         Defendant(s).

Attorney: NONE

Howard Brown
1344 Lakeridge Drive
Baton Rouge LA 70802



**\*293982\***

**Case Number: 3:23-cv-00024-SMH-CBW**

Legal documents received by Same Day Process Service, Inc. on **03/23/2023** at **11:01 AM** to be served upon **Merrick B. Garland in his official capacity as Attorney General of the United States at 950 Pennsylvania St., NW, Washington, DC 20530-0001**

I, **Cora Heishman**, swear and affirm that on **March 24, 2023** at **4:26 PM**, I did the following:

Served **Merrick B. Garland in his official capacity as Attorney General of the United States** by delivering a conformed copy of the **Summons in a Civil Action; Complaint and Jury Demand on All Counts Applicable; Verification of Complaint; Cover Sheet; Exhibit A to L    by Certified Mailing to    Merrick B. Garland in his official capacity as Attorney General of the United States** at **950 Pennsylvania St., NW , Washington, DC 20530-0001.**

**Supplemental Data Appropriate to this Service:** On 03/24/2023, a copy of the legal documents was certified mailed to the subject with receipt number: 70212720000089719162 to the address of: 950 Pennsylvania St., NW, Washington, DC 20530-0001. The domestic return receipt has been requested and a subsequent affidavit will be created once received.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Cora Heishman**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job
ID:293982



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $4.15

$3.35

0238
11

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $    $0.00
☐ Certified Mail Restricted Delivery $  $0.00
☐ Adult Signature Required         $    $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage  $4.35

03/24/2023

Total Postage and Fees  $  .85

Sent To Merrick B. Garland
Attorney General of the United States
Street and Apt. No., or PO Box No.
950 Pennsylvania Ave NW
City, State, ZIP+4®
Washington DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Howard Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802
504-756-1987
hgarybrown@gmail.com

Invoice #:
163915

Date:
03/24/2023

## INVOICE FOR SERVICE



Service #293982: Merrick B. Garland in
his official capacity as Attorney General
of the United States
950 Pennsylvania St., NW,
Washington, DC 20530-0001
Court Case #:
3:23-cv-00024-SMH-CBW

Your File# Howard Brown

Howard Brown, et al. v. United States Marshals Service, et al.

| | |
|---|---:|
| Process Serving Fee (within 495 Beltway) | $75.00 |
| Printing Fees | $5.00 |
| **TOTAL CHARGES:** | **$80.00** |
| Payment: 03/23/2023        Check#: ONLINE | -$80.00 |
| **BALANCE:** | **$0.00** |

1

RECEIVED

APR 10 2023

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

BATON ROUGE LA 707

8 APR 2023    PM 2 L

General Post-office, Non domestic, zip exempt.

SCREENED

OK

U.S. MARSHAL

H. Gary Brown
c/o 1344 Lakeridge Drive
Baton Rouge, Louisiana [70802]

Michael L. McConnell – Clerk of Court
Middle District of Louisiana
777 Florida Street
Suite 139
Baton Rouge, LA 70801-1712

70801-178699