## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Middle District of Louisiana

**U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED   APR 12 2023
                    CLERK**

**Howard Brown, et al.**

       Plaintiff(s),

VS.

**United States Marshals Service, et al.**

       Defendant(s).

Attorney: NONE

Howard Brown
1344 Lakeridge Drive
Baton Rouge LA 70802

*293982*

**Case Number: 3:23-cv-00024-SMH-CBW**

Legal documents received by Same Day Process Service, Inc. on **03/23/2023** at **11:01 AM** to be served upon **Merrick B. Garland in his official capacity as Attorney General of the United States at 950 Pennsylvania St., NW, Washington, DC 20530-0001**

I, **Cora Heishman**, swear and affirm that on **March 24, 2023** at **4:26 PM**, I did the following:

Served **Merrick B. Garland in his official capacity as Attorney General of the United States** by delivering a conformed copy of the **Summons in a Civil Action; Complaint and Jury Demand on All Counts Applicable; Verification of Complaint; Cover Sheet; Exhibit A to L** by Certified Mailing to **Merrick B. Garland in his official capacity as Attorney General of the United States** at **950 Pennsylvania St., NW , Washington, DC 20530-0001**.

**Supplemental Data Appropriate to this Service:** On 03/24/2023, a copy of the legal documents was certified mailed to the subject with receipt number: 70212720000089719162 to the address of: 950 Pennsylvania St., NW, Washington, DC 20530-0001. On 04/04/2023, the domestic return receipt was returned indicating that delivery was made on 03/30/2023.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Cora Heishman**
Process Server
**Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200**
info@samedayprocess.com

Internal Job
ID:293982

