| | | |
|---|---|---|
| **Brandon A. Sibley** | **Howard G. Brown** | **Melanie Jerusalem** |
| 17517 Cline Drive | 1344 Lakeridge Drive | 5130 Woodside Drive |
| Maurepas, LA 70449 | Baton Rouge, LA 70802 | Batton Rouge, LA 70808 |
| Phone: (225) 369-7806 | Phone: (504) 756-1987 | Phone: 337-945-9008 |
| Fax: (985) 238-3818 | Fax: (985) 238-3818 | jerusalemmelanie@yahoo.com |
| Bsibley97@gmail.com | hgarybrown@gmail.com | |

## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HOWARD BROWN, ET AL., ) | |
|     Plaintiffs, ) | |
| V. ) | Case No. 3:23-CV-24-SMH-CBW |
| UNITED STATES MARSHALS SERVICE, ) | |
| et al, ) | |
|     Defendants. ) | |

### AFFIDAVIT

### I.    JURAT

RECEIVED
APR 12 2023
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

One, Tate Prows, the Undersigned Affiant, hereinafter known as Claimant, I, me, myself, or Tate, does hereby solemnly affirm, declare and state, under penalty and perjury, including firsthand witness and testimony as follows:

1. Affiant is competent to state the matters set forth herewith.

2. Affiant has personal knowledge of the facts stated herein.

3. All the facts stated herein are true, correct, and complete in accordance with Affiant's best firsthand knowledge and understanding, and if called upon to testify as witness Affiant shall so state.

4. Affiant has never tested positive for Covid-19, worn a mask to defend himself from Covid-19, and has never been vaccinated for Covid-19.

## FACTS

5. Affiant needed to discuss his forthcoming lawsuit with the Clerk of Court, at the Southern District of Ohio Federal Courthouse, beginning in late 2021.

6. Chief Judge Algenon L. Marbley had a standing order that required the wearing of face masks to enter the courthouse.

7. The mask requirement to enter the courthouse lasted nearly two years.

8. Affiant cannot wear a face mask due to deeply held religious beliefs.

9. Affiant was unable to access the courthouse because of these absurd, ultra vires orders.

10. Judge Marbley cannot require medical interventions to access a public courthouse.

11. Judge Marbley, a Bill Clinton appointee, acted outside the scope of his authority in requiring a medical intervention to access a public courthouse.

12. The Federal Courthouses should be open equally to all U.S. citizens.

13. The ultra vires actions of Judge Marbley are a violation of the equal protection rights of U.S. citizens.

## VERIFICATION

STATE OF OHIO

COUNTY OF BUTLER

      BEFORE ME personally appeared Tate D. Prows who, being by me first duly sworn and identified in accordance with Ohio law, deposes and says:

1. My name is Tate Prows, complainant herein.

2. I have read, <u>written</u>, and understood the attached foregoing complaint filed herein, and each fact alleged therein is true and correct of my own personal knowledge.

FURTHER THE AFFIANT SAYETH NAUGHT.

                                                              Tate David Prows, Affiant

SWORN TO and subscribed before me this 7th day of April 2023.

April 7th, 2023

[Notary seal: ERIN D HELSER - NOTARY PUBLIC, COMM EXP: DEC 18, 2027, STATE OF OHIO]

Tate Prows
225 W Chestnut St
Oxford, OH 45056

CINCINNATI OH 450
6 APR 2023 PM 5 L

Clerk of Court
777 Florida Street
Suite 139
Baton Rouge, LA 70802

SCREENED
OK
U.S. MARSHAL

70801-175699