UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BRANDON SIBLEY, ET AL.              CIVIL ACTION NO. 23-0024

VERSUS                               JUDGE S. MAURICE HICKS, JR.

SHELLY D. DICK, ET AL.               MAGISTRATE JUDGE WHITEHURST

## ORDER

Before the Court is Plaintiff Brandon Sibley's ("Sibley") "Motion for Clarification of Judges Order Doc. 34." Record Document 35. Sibley calls into question the undersigned's due diligence because the Court inadvertently stated in a previous Order (Record Document 34) that a motion (Record Document 28) was filed by Plaintiff Harold Brown ("Brown"), not Sibley. See Record Document 35 at 3.

Sibley's motion (Record Document 28) seeking a preliminary injunction sought to clarify a previously filed motion for emergency injunction filed by Brown (Record Document 18). In his motion, Sibley stated that he sought to clarify, with precision, the intentions of the emergency injunction filed by all Plaintiffs on April 10, 2021. See Record Document 28 at 1. The legal standards for a preliminary injunction under Rule 65 remain the same regardless of whether the request for relief was filed by Brown, Sibley, or all Plaintiffs collectively. The Court did in fact review the record as a whole each time it entered an order. Moreover, Sibley's argument that the Court attempted to "chill and deter Plaintiff Brown's substantive rights" is meritless. Record Document 35 at 3. The Court simply issued a caution against future frivolous or duplicative filings. It did not impose sanctions of any type.

The record shall be clarified to correct that Record Document 28 was filed by Sibley, not Brown. However, the Court's legal analysis in its order of April 13, 2023 (Record Document 34) remains unchanged.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 5th day of May, 2023.

_____
United States District Judge