**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| BRANDON SIBLEY, ET AL. | CIVIL ACTION NO. 23-0024 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SHELLY D. DICK, ET AL. | MAGISTRATE JUDGE WHITEHURST |

**ORDER**

Before the Court is a "Motion to Request Findings of Fact and Conclusions of Law" (Record Document 36) filed by Plaintiffs Brandon Sibley ("Sibley") and Howard Brown ("Brown"). Sibley and Brown seek a Rule 52 partial judgment on the pleadings and ask the "Court [to] provide the findings of fact and conclusions of law, regarding the denial of Plaintiff's equitable relief against agency action as outlined in the complaint . . ., and subsequent filings." Id. at 2.

This litigation is still in its early stages. Defendants have been served, but they have yet to file an answer. Thus, the instant motion is premature. At this stage, the request for findings of fact and conclusions of law (Record Document 36) must be **DENIED**.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 5th day of May, 2023.

_____
United States District Judge