UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HOWARD BROWN, ET AL, | § § | |
| *PLAINTIFFS,* | § § | |
| VERSUS | § § | **CIVIL ACTION NO.** |
| | § | **3:23-cv-24-SMH-CBW** |
| UNITED STATES MARSHAL'S SERVICE, ET AL, | § § § | |
| *DEFENDANTS.* | § | |

## ORDER

HAVING CONSIDERED, the *Motion for Extension of Time to file Responsive Pleadings* by Metropolitan Security Services, Inc.;

IT IS HEREBY ORDERED, that Defendant's motion is granted, and Metropolitan Security Services, Inc., is given an additional twenty-one days to file its responsive pleadings to Plaintiffs' Amended Complaint up to and including June 1, 2023.

Signed on this ____ day of _____, 2023 in _____, Louisiana.

_____
UNITED STATES DISTRICT JUDGE