UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HOWARD BROWN, ET AL, § § § PLAINTIFFS, § § VERSUS § § UNITED STATES MARSHAL'S § SERVICE, ET AL, § § DEFENDANTS. § | CIVIL ACTION NO. 3:23-cv-24-SMH-CBW |

## ORDER

HAVING CONSIDERED, the *Motion for Extension of Time to file Responsive Pleadings* by Metropolitan Security Services, Inc.;

IT IS HEREBY ORDERED, that Defendant's motion is granted, and Metropolitan Security Services, Inc., is given an additional twenty-one days to file its responsive pleadings to Plaintiffs' Amended Complaint up to and including June 1, 2023.

Signed on this 11th day of May, 2023 in Lafayette, Louisiana.

XXUNITED STATES DISTRICT JUDGEXX
UNITED STATES MAGISTRATE JUDGE