Brandon A. Sibley
17517 Cline Drive
Maurepas, LA 70449
Phone: (225) 369-7806
Fax: (985) 238-3818
Bsibley97@gmail.com

Howard G. Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802
Phone: (504) 756-1987
Fax: (985) 238-3818
hgarybrown@gmail.com

Melanie Jerusalem
5130 Woodside Drive
Batton Rouge, LA 70808
Phone: 337-945-9008
jerusalemmelanie@yahoo.com

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

HOWARD BROWN,　　　　　　　　　　　　)
BRANDON SIBLEY,　　　　　　　　　　　　)
　　　　Plaintiffs,　　　　　　　　　　　　　)
V.　　　　　　　　　　　　　　　　　　　　) Case No. 3:23-CV-0024-SMHJ-CBW
UNITED STATES MARSHALS SERVICE,　)
ET AL.,　　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　　　　　)

## **OBJECTIONS TO JUDGE HICKS' ORDER (Doc. 38)**

COMES NOW, Plaintiff Howard Brown ("Plaintiff or Brown") to object to Judge Hick's Order. (Doc. 38) Hicks' claims, *"Defendants have been served, but they have yet to file an answer. Thus, the instant motion is premature"*

Rule 52(a) of the Federal Rules of Civil Procedure states as follows:

> **(2)** *For an Interlocutory Injunction. In granting or refusing an interlocutory injunction, the court <u>must</u> similarly state the findings and conclusions that support its action.*

Plaintiff Brown can find no exception in rule 52(a)(2) that allows the court discretion or leniency in providing the findings and conclusions that support its action for being 'premature' nor any requirement for the other parties of the suit to have answered the complaint before the court can provide its reasons for denying an

1 | Page

interlocutory injunction. Therefore, the Plaintiffs object to the excuse provided by Judge Hicks as insufficient and is not based on rules of this court nor the law.

Respectfully Submitted,

_____
Howard Brown, Pro se