UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDON ALBERT SIBLEY, ET AL. | CIVIL ACTION |
| VERSUS | NO. 23-24-SMH-CBW |
| SHELLY D. DICK, et al. | |

### UNITED STATES' LR 7(a) MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

The United States now moves the Court for a twenty-one (21) day extension of time through and including, June 12, 2023, to file responsive pleadings to Plaintiffs' *Amended Complaint*[1] on behalf of the following federal Defendants (collectively, the "Marshals Defendants"): United States Marshals Service; United States Marshal William Brown, in his official and individual capacity; Deputy United States Marshal Jeff Bowie, in his official and individual capacity; Supervisory Deputy United States Marshal Michael Attaway,[2] in his official and individual capacity; Attorney General Merrick Garland, in his official capacity; and Director Ronald L. Davis of the United States Marshal Service, in his official capacity.[3] Defendants, Deputy United States Marshal Jeff Bowie and Supervisory Deputy United States Marshal Michael Attaway, were not served in this matter until April 5, 2023.[4] As of today's date, the undersigned have not been authorized to represent either of these Defendants in their individual capacities.

---

[1] Rec. Doc. 22.
[2] The U.S. Marshals Defendants' responsive pleading deadline is May 22, 2023.
[3] To date, the U.S. Attorney's Office for the Middle District of Louisiana has only received approval to represent U.S. Marshal William Brown in his individual capacity.
[4] Rec. Doc. 30. As such, the responsive pleading deadline to the individual capacity claims asserted against DUSM Bowie and SDUSM Attaway is June 4, 2023. Fed. R. Civ. P. 12(a)(3).

Therefore, a 21-day extension of time is requested to provide more time for the individual capacity representation authorizations for Defendants Bowie and Attaway to be approved.

Pursuant to Local Rule 7(a), the Marshals Defendants certify that there has been no previous extension of time to plead filed on their behalf and that, at the time of this filing, Plaintiffs have not filed an objection to an extension of time into the record. In accordance with Local Rule 7(e), undersigned counsel contacted Plaintiffs and they oppose this *Motion*.[5]

Accordingly, the Marshals Defendants request a 21-day extension of time through and including June 12, 2023 to file their responsive pleadings.

Baton Rouge, Louisiana, this 18th day of May, 2023.

                                              UNITED STATES OF AMERICA, by

                                              RONALD C. GATHE, JR.
                                              UNITED STATES ATTORNEY

                                              /s/ Katherine K. Green
                                              Katherine K. Green, LBN 29886
                                              Chase E. Zachary, LBN 37366
                                              Assistant United States Attorneys
                                              777 Florida Street, Suite 208
                                              Baton Rouge, Louisiana  70801
                                              Telephone: (225) 389-0443
                                              Fax: (225) 389-0685
                                              E-mail: katherine.green@usdoj.gov
                                                         chase.zachary@usdoj.gov

---

[5] Undersigned counsel called and left a voicemail for Mr. Brown, and ultimately communicated with Plaintiffs via email correspondence.

**CERTIFICATE OF SERVICE**

I certify that on May 18, 2023, I served a copy of the *United States' LR 7(a) Motion for Extension of Time to File Responsive Pleadings* on the following individuals by U.S. mail:

| | | |
|---|---|---|
| Brandon A. Sibley | Howard G. Brown | Melanie Jerusalem |
| 17517 Cline Drive | 1344 Lakeridge Drive | 5130 Woodside Drive |
| Maurepas, LA 70449 | Baton Rouge, LA 70802 | Baton Rouge, LA 70808 |

Baton Rouge, Louisiana, this 18th day of May, 2023.

/s/ Katherine K. Green
Katherine K. Green, LBN 29886
Assistant United States Attorney