UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRANDON ALBERT SIBLEY, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-24-SMH-CBW** |
| **SHELLY D. DICK, et al.** | |

**ORDER**

Considering the *United States' LR 7(a) Motion for Extension of Time to File Responsive Pleadings*;

IT IS HEREBY ORDERED that the United States' *Motion* is GRANTED, and the Marshals Defendants shall have an additional twenty-one days to file their responsive pleadings to Plaintiffs' *Amended Complaint* up to and including June 12, 2023.

Lafayette, Louisiana this _____ day of _____, 2023.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**