# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

BRANDON ALBERT SIBLEY, ET AL.
Plaintiff

v.

SHELLY D. DICK, ET AL.
Defendant

3:23-CV-00024-SMH-CBW
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,

Defendants, the United States Marshals Service; United States Marshal William Brown, in his official and individual capacity; Deputy United States Marshal Jeff Bowie, in his official and individual capacity; Supervisory Deputy United States Marshal Michael Attaway, in his o[...]

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Brandon Albert Sibley, Howard Gary Brown, Melanie Jerusalem, United States Marshals Service, United States Marshal William Brown, Deputy United States Marshal Jeff Bowie, Supervisory Deputy United States Marshal Michael Attaway, Attorney General Merrick Garland, Director Ronald L. Davis, Judge Shelly D. Dick, Metropolitan Security Services, Inc. (aka Walden Security), The Kullman Firm, Christine S. Keenan, Elizabeth Bailly Bloch, United States of America, United States Attorney's Office

Katherine K. Green, LBN 29886
Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.