## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**BRANDON SIBLEY, ET AL.**                 **CIVIL ACTION**

**VERSUS**                                               **NO. 23-24-SMH-CBW**

**SHELLY D. DICK, et al.**

---

### DEFENDANT CHIEF JUDGE SHELLY D. DICK'S
### MOTION TO DISMISS

**NOW INTO COURT**, comes Defendant, Chief Judge Shelly D. Dick, represented by Brandon B. Brown, United States Attorney and Karen J. King, Assistant United States Attorney for the Western District of Louisiana, who respectfully move this Court to dismiss the Plaintiff's Complaint in this proceeding pursuant to Fed. R. Civ. P. 12(b)(1), or alternatively 12(b)(1) (6), for the reasons more fully explained in the attached Memorandum in Support.

                                                         Respectfully submitted,

                                                         BRANDON B. BROWN
                                                         United States Attorney

BY:    *s/ Karen J. King*
             KAREN J. KING (#23508)
             Assistant United States Attorneys
             800 Lafayette Street, Suite 2200
             Lafayette, Louisiana 70501
             Telephone:   (337) 262-6618
             Facsimile:    (337) 262-6693
             Email: karen.king@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of May, 2023, a copy of the foregoing Motion to Dismiss, or Alternatively for Summary Judgment and Memorandum in Support were filed electronically with the Clerk of Court using the CM/ECF system.  I further certify that a copy of same has been forwarded via first class mail, postage prepaid and properly addressed, to *pro se* Plaintiffs as follows:

    Brandon Albert Sibley
    17517 Cline Drive
    Maurepas, LA 70449

    Howard Gary Brown
    1344 Lakeridge Drive
    Baton Rouge, LA 70802

    Melanie Jerusalem
    5130 Woodside Drive
    Baton Rouge, LA 70808

    s/KAREN J. KING
    KAREN J. KING   (#23508)
    Assistant United States Attorney