# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

BRANDON ALBERT SIBLEY, ET AL.
Plaintiff

v.

SHELLY D. DICK, ET AL.
Defendant

3:23-CV-00024-SMH-CBW
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
DEFEDANT, CHIEF JUDGE SHELLY D. DICK, in her official and individual capacity

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Brandon Albert Sibley, Howard Gary Brown, Melanie Jerusalem, Judge Shelly D. Dick, U.S. Marshal William Brown, Deputy U.S. Marshal Jeff Bowie, Supervisory Deputy U.S. Marshal Michael Attaway, U.S. Attorney General Merrick Garland, Director Ronald L. Davis, Metropolitan Security Services, Inc. (aka Walden Security), The Kullman Firm, Christine S. Keenan, Elizabeth Bailly Bloch, United States of America

Karen J. King, LBN 23508

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.