UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **HOWARD G. BROWN** <br> **BRANDON A. SIBLEY** | **CASE NO. 3:23-CV-00024** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **UNITED STATES MARSHALS SERVICE ET AL** | **MAGISTRATE JUDGE CAROL WHITEHURST** |

## ORDER

Before the Court is Plaintiff Howard Brown's Motion to Include Evidence in which Plaintiff, proceeding *pro se*, seeks to file two affidavits and a photograph into the record. (Rec. Doc. 53). Plaintiff seeks to submit random evidence, purportedly to be used at trial. Submission by motion is an improper means for introducing evidence. Rather, Plaintiff should submit testimony under oath and subject to cross-examination and/or properly authenticated exhibits at the time of trial or in response to pretrial motions. Accordingly,

IT IS ORDERED that Plaintiff's Motion to Include Evidence (Rec. Doc. 53) is DENIED.

Signed at Lafayette, Louisiana on this 24th day of May, 2023.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE