**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **BRANDON SIBLEY, ET AL.,** | § | |
| | § | |
| *PLAINTIFFS,* | § | |
| | § | |
| **VERSUS** | § | **CIVIL ACTION NO.** |
| | § | **3:23-cv-24-SMH-CBW** |
| **SHELLY D. DICK, ET AL.,** | § | |
| | § | |
| *DEFENDANTS.* | § | |
| | § | |

**MOTION TO DISMISS BY DEFENDANT**
**METROPOLITAN SECURITY SERVICES, INC.**

Defendant Metropolitan Security Services, Inc. d/b/a Walden Security ("Walden Security") respectfully moves this Court to dismiss all claims against it pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Walden Security incorporates the arguments made in its memorandum of law filed contemporaneously herewith.

Respectfully submitted on this the 1st day of June, 2023.

THE KULLMAN FIRM

By: */s/ Christine S. Keenan*
CHRISTINE S. KEENAN, T.A. (No. 23293)
ELIZABETH BAILLY BLOCH (No. 37591)
4605 Bluebonnet Boulevard, Suite A
Baton Rouge, Louisiana 70809
Telephone: (225) 906-4250
Facsimile: (225) 906-4230
E-mail:csk@kullmanlaw.com
　　　ebb@kullmanlaw.com

*Attorneys for Defendant Metropolitan Security Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2023, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that a copy has been forwarded via first class mail, postage prepaid and properly addressed, to *pro se* Plaintiffs as follows:

Brandon Albert Sibley
17517 Cline Drive
Maurepas, LA 70449

Howard Gary Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802

Melanie Jerusalem
5130 Woodside Drive
Baton Rouge, LA 70808

*/s/ Christine S. Keenan*
CHRISTINE S. KEENAN