UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRANDON SIBLEY, ET AL.,** | § § § § § § § § § § § | |
| *PLAINTIFFS,* | | |
| **VERSUS** | | **CIVIL ACTION NO.** |
| | | **3:23-cv-24-SMH-CBW** |
| **SHELLY D. DICK, ET AL.,** | | |
| *DEFENDANTS.* | | |

## PROPOSED ORDER

HAVING CONSIDERED, the *Motion to Dismiss* by Defendant, Metropolitan Security Services, Inc.;

IT IS HEREBY ORDERED, that Defendant's motion is GRANTED.

Signed on this ____ day of _____, 2023 in _____, Louisiana.

_____
UNITED STATES DISTRICT JUDGE