UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRANDON ALBERT SIBLEY, et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-24-SMH-CBW** |
| **SHELLY D. DICK, et al.** | |

**THE UNITED STATES OF AMERICA'S RULE 12(b)(1), (6) MOTION TO DISMISS CLAIMS AGAINST THE MARSHAL DEFENDANTS**

The United States moves the Court to dismiss the *Pro Se* Plaintiffs' claims against the following federal Defendants (collectively, the "Marshal Defendants") on Rule 12(b)(1) and Rule 12(b)(6) grounds: United States Marshals Service; United States Marshal William Brown, in his official and individual capacity; Deputy United States Marshal Jeff Bowie, in his official and individual capacity; Supervisory Deputy United States Marshal Michael Attaway, in his official and individual capacity; Attorney General Merrick Garland, in his official capacity; and Director Ronald L. Davis of the United States Marshals Service, in his official capacity. Since the Administrative Orders upon which Plaintiffs base their claims have been rescinded, their claims for injunctive and declaratory relief are now moot and subject to dismissal on Rule 12(b)(1) grounds. Because Plaintiffs have failed to plead cognizable claims against the Marshal Defendants under *Bivens*, 42 U.S.C. § 2000a, or 42 U.S.C. § 1985, those claims should be dismissed under Rule 12(b)(6). As for Plaintiffs' remaining state law tort claims, they are barred by the United States' sovereign immunity and the Westfall Act, 28 U.S.C. § 2679, thus divesting the Court of subject matter jurisdiction over those claims. Accordingly, Plaintiffs' state law claims should be dismissed under Rule 12(b)(1).

In support of this motion, the United States submits the attached memorandum.

The United States requests that the Court grant its motion and dismiss the Plaintiffs' claims.

Baton Rouge, Louisiana, this 12th day of June, 2023.

                                  UNITED STATES OF AMERICA, by

                                  RONALD C. GATHE, JR.
                                  UNITED STATES ATTORNEY

                                  /s/ Katherine K. Green
                                  Katherine K. Green, LBN 29886
                                  Chase E. Zachary, LBN 37366
                                  Assistant United States Attorneys
                                  777 Florida Street, Suite 208
                                  Baton Rouge, Louisiana  70801
                                  Telephone: (225) 389-0443
                                  Fax: (225) 389-0685
                                  E-mail: katherine.green@usdoj.gov
                                              chase.zachary@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on June 12, 2023, I served a copy of *The United States of America's Rule 12(b)(1), (6) Motion to Dismiss Claims Against the Marshal Defendants* and *Memorandum in Support of the United States of America's Rule 12(b)(1), (6) Motion to Dismiss Claims Against the Marshal Defendants* on the following individuals by U.S. mail:

| Brandon A. Sibley | Howard G. Brown | Melanie Jerusalem |
|---|---|---|
| 17517 Cline Drive | 1344 Lakeridge Drive | 5130 Woodside Drive |
| Maurepas, LA  70449 | Baton Rouge, LA  70802 | Baton Rouge, LA 70808 |

Baton Rouge, Louisiana, this 12th day of June, 2023.

                                  /s/ Katherine K. Green
                                  Katherine K. Green, LBN 29886
                                  Assistant United States Attorney