| | | |
|---|---|---|
| **Brandon A. Sibley** | **Howard G. Brown** | **Melanie Jerusalem** |
| 17517 Cline Drive | 1344 Lakeridge Drive | 5130 Woodside Drive |
| Maurepas, LA 70449 | Baton Rouge, LA 70802 | Baton Rouge, LA 70808 |
| Phone: (225) 369-7806 | Phone: (504) 756-1987 | Phone: 337-945-9008 |
| Fax: (985) 238-3818 | Fax: (985) 238-3818 | jerusalemmelanie@yahoo.com |
| Bsibley97@gmail.com | hgarybrown@gmail.com | |

[U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA FILED JUN 13 2023 CLERK]

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SIBLEY, ET AL., ) | |
|     Plaintiffs, ) | |
| V. ) | **Case No. 3:23-CV-24-SMH-CBW** |
| UNITED STATES MARSHALS SERVICE, ) | |
| et al, ) | |
|     Defendants. ) | |

## REPLY BRIEF IN OPPOSITION TO DOC. 57 MOTION TO DISMISS BY WALDEN SECURITY

COMES NOW, Plaintiff Brandon Sibley, to move this Honorable Court to enter an Order denying Defendant 'WALDEN SECURITY'S' *motion to dismiss*.

## DEFENDANT'S CLAIM OF IMMUNITY

In document 57-1, *Motion to Dismiss*, Defense Counsel for Walden Security states, "*First*, Walden Security is entitled to derivative judicial immunity, since Plaintiffs' claims flow from Walden Security personnel carrying out judicial orders. *Second*, Walden Security is a federal contractor, and there are good reasons that courts have never extended Bivins to federal contractors. *Third*, Plaintiffs' claim of a conspiracy to discriminate under 42 U.S.C. § 1985(3) fails because such a claim must be based on racial animus, and none is alleged here."

Plaintiff can plainly discern that there are different types of Law: administrative law, legislative law, and the Supreme Law that is the United States

Constitution, which includes the *Judiciary Act of 1789* and the *Ku Klux Klan Act of 1871*; and the necessary elements needed for a judicial act are lost upon Counsel. For the record, a judicial act is a decision or ruling made by a judge or court that <u>has legal consequences</u>. This means that the judge would necessarily need to have subject matter jurisdiction <u>and</u> personal jurisdiction over the actors involved; sometimes in-rem jurisdiction would be necessary should property be involved. It is an action taken in the context of or in furtherance of a society's legal system.

The elements needed for Shelly Dick's immunity are the same for Walden Security, "Judges are afforded absolute immunity when they **(1)** perform a normal judicial function; unless they are **(2)** acting in the clear absence of all jurisdiction. ***<u>Stump v. Sparkman</u>**, **435 U.S. 349, 357–60, 98 S.Ct. 1099, 1105–06, 55 L.Ed.2d 331 (1978)*." Plaintiffs will show that public health, vaccination status, and/or "masking" was not a just exercise of Judicial power, and that the actions taken were absent of all jurisdiction.

A judicial act is one where the Court has subject matter jurisdiction/standing to hear the case, in personam jurisdiction (Jurisdiction over the person), territorial jurisdiction (proper venue), or In Rem jurisdiction; and unfortunately for the defendants in this case, none of the administrative orders written by Judge Dick could possibly be construed as judicial acts as defined by law, and the Court's limited Jurisdiction was exceeded by the enactment of administrative law.

Page | 2

The First amendment guarantees the People's right to access the courts to petition the government for a redress of grievances.[1] <u>Congress shall pass no law which restricts or abridges these fundamental, inviolable, and necessary limitations on Government,</u>; therefore, the Judge acting non-judicially through an administrative order combined with Walden Security Agents enforcement of these unlawful orders, is in no way terms for Judicial Immunity. The judicial administrative order, by any definition, <u>cannot be construed as a law</u>; and even if it were, it would <u>necessarily violate the First Amendment</u> that bars Congress from making such laws preventing access to the courthouse.

Public-Private partnerships are trending in America and the use of third-party rent-a-cops enforcing administrative law that restricts the fundamental rights of the People. These partnerships use coercion, duress, and; if necessary; deadly force to assure compliance when the government would be barred from such activity, is essentially the Federal Government inciting others to complete tasks that Government could not. This is nothing more than corporate fascism at its finest.[2]

---

[1] Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

[2] The Corporate State and its Organization (p. 133) The corporate State considers that private enterprise in the sphere of production is the most effective and useful instrument in the interest of the nation. In view of the fact that private organization of production is a function of national concern, the organiser of the enterprise is responsible to the State for the direction given to production.

The third assertion made by the Walden Defense Counsel makes a bold claim that a private conspiracy can only be racial in nature; however, the Supreme Court, its case law, and years of stare decisis respectfully disagree.

"It is thus evident that all indicators—text, companion provisions, and legislative history—point unwaveringly to the s **1985(3)**'s coverage of private conspiracies. That the statute was meant to reach private action does not, however, mean that it was intended to apply to all tortious, conspiratorial interferences with the rights of others. For, though the supporters of the legislation insisted on coverage of private conspiracies, they were equally emphatic that they did not believe, in the words of Representative Cook, 'that Congress has a right to punish an assault and battery when committed by two or more persons *102 within a State.' ***Id., at 485***. The constitutional shoals that would lie in the path of interpreting s 1985(3) as a general federal tort law can be avoided by giving full effect to the congressional purpose—by requiring, as an element of the cause of action, the kind of invidiously discriminatory motivation stressed by the sponsors of the limiting amendment. ***See the remarks of Representatives Willard and Shellabarger, quoted supra, at 1797.*** The language requiring intent to deprive of <u>**equal protection, or equal privileges and immunities**</u>, means that there must

---

State intervention in economic production arises only when private initiative is lacking or insufficient, or when the political interests of the State are involved. This intervention may take the form of control, assistance or direct management. (pp. 135-136)

Benito Mussolini, 1935, Fascism: Doctrine and Institutions, Rome: 'Ardita' Publishers.

be some racial, or **perhaps otherwise class-based,** invidiously discriminatory animus behind the conspirators' action. The conspiracy, in other words, must aim at a deprivation of the *equal enjoyment* of rights secured by the law to all." *Griffin v. Breckenridge*, *403 U.S. 88, 101–02, 91 S. Ct. 1790, 1798, 29 L. Ed. 2d 338 (1971)*

  **42 U.S.C. § 1985(c)** provides in the relevant part: If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; . . . in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.³

---

³ See H.R. REP. No. 648, 90th Cong., 1st Sess. 4 (1967) (reprint of the House Un-American Activities Committee concerning the Ku Klux Klan and other organized conspiracies). The present-day Klan was founded in 1915. It borrowed the name, symbolism, and putatively romantic history of the original Klan, which was formally disbanded in 1869 and practically dissolved in 1872. D. CHALMERS, HOODED AMEICANISM 19, 30 (1965).

Page | 5

The *Ku Klux Klan Act of 1871* was not aimed at disbanding a "racist" organization, but rather a political movement within government that assaulted the person, property, and liberties of individuals.

Section **1985(c),** which comprises only part of the original list of conspiratorial acts prohibited by section two (2) of the *Ku Klux Klan Act of 1871,* is one of a group of interrelated criminal and civil provisions that have descended from the post-Civil War reconstruction statutes. As now codified, section **1985(c)** creates a civil cause of action in favor of persons injured in the course of conspiracies having one of four objects: **(1)** *to deprive any person or class of persons of equal privileges and immunities under the laws;* **(2)** to prevent or hinder state authorities from giving or securing to all persons the equal protection of the laws; **(3)** to prevent by force, intimidation, or threat any voter from giving his support or advocacy in federal elections; or **(4)** to injure any citizen because of such support or advocacy.

A further means of accomplishing the illegal end is for the conspiracy to attain such size, power, and prevalence that it effectually replaces the legitimate authorities or overthrows them. This danger appeared so grave to the Forty-Second (42nd) Congress that in the ***Ku Klux Klan Act, 17 Stat. 14, §§ 3, 4 (1871),*** it provided for the extraordinary remedy of marital law and suspension of habeas corpus to avert it.

There can be no question to any reasonable man or woman that the goal of vaccinating every man, woman, and child in the United States was an awe-inspiring

display of power by the Administrative State, and the customs, practices, and daily interactions of Americans was suspended to further this "illegal" over-reach of government into the liberty of its own Citizens.

The political nature of this agenda was all encompassing, and class warfare was used alongside identity politics to brow beat, coerce, and ostracize all opponents to the forced medical interventions of masking or vaccination. The criminal and civil prosecutions of the "unmasked" and "unvaccinated" became socially acceptable and those who were non-compliant were openly mocked, denied fundamental liberties, and discriminated against by the Gestapo styled fanatical religious cult created by the Federal and State Governments.

## CLOSING ARGUMENTS

The Twiqbal plausibility standard now permits a party moving under **Rule 12(b)(6)** to provide context to the pleadings which includes sources outside the complaint (e.g., from a claimant's own publications, and/or material subject to judicial notice) in order to demonstrate that a claimant's allegations are implausible (i.e., unreasonable or improbable); and therefore, the claim(s) should not be allowed to proceed. Of course, if not done carefully, the movant can run afoul of **Rule 12(d),** and thereby cause the motion to be converted into a *Rule 56 motion* for summary judgment.

The court articulated a new standard and required that a plaintiff's complaint contain "factual allegations plausibly suggesting (not merely consistent

with) an entitlement to relief." The complaint needed to contain "more than labels and conclusions," and must "be enough to raise a right to relief above the speculative level." The court, in analyzing the plaintiff's claim of conspiracy, noted that the plaintiff needed to allege enough of a "setting" suggesting that the agreement to conspire existed — that is to say, he could not merely allege the existence of the agreement to conspire.

Defendants' Counsel failed to address this court with any "facts" or "evidence" that would reasonably demonstrate to this Court that the Plaintiffs allegations are unreasonable or improbable, therefore, factually and facially the Plaintiffs Complaint plausibly states a claim for relief; and the Plaintiffs also have Article III standing, whereas the Defendants **12(b)(1)** claim is moot.

WHEREFORE, the Plaintiffs move this Honorable Court to enter an order denying the Defendants Motion to Dismiss due to a complete failure of providing contrary facts or evidence that would sufficiently counter the Plaintiffs well and sufficiently plead Complaint.

Respectfully Submitted,

_____
Brandon Sibley, *Pro Se*

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the **Amended Complaint, Motion for Leave, Motion for Emergency Injunction, and the Memorandum of Motion for Emergency Injunction** was provided by regular U.S. mail to:

**US Attorney (Middle District)**
**Ronald C. Gathe, Jr.**
777 Florida Street
Suite 208
Baton Rouge, LA 70801

**Elizabeth Bailly Bloch**
4605 Bluebonnet Boulevard
Suite A
Baton Rouge, LA 70809

**US Attorney (Western District)**
**Brandon B. Brown**
800 Lafayette Street
Suite 2200
Lafayette, LA 70501

Respectfully Submitted,

Howard Brown, *Pro Se*

Page | 9