UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRANDON SIBLEY, ET AL.,** | § § | |
| *PLAINTIFFS,* | § § | |
| **VERSUS** | § § | **CIVIL ACTION NO.** |
| | § | **3:23-cv-24-SMH-CBW** |
| **SHELLY D. DICK, ET AL.,** | § § | |
| *DEFENDANTS.* | § § § | |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY NATHAN L. KINARD**

Christine S. Keenan, T.A., local counsel of record for Defendant Metropolitan Security Services, Inc., d/b/a Walden Security ("Walden Security"), hereby moves this Honorable Court for admission *pro hac vice* of Nathan L. Kinard of the firm of Chambliss, Bahner & Stophel, P.C.; 605 Chestnut Street, Suite 1700; Chattanooga, Tennessee 37450, to represent Walden Security in the above-captioned matter. In support of this motion, movant represents as follows:

1. Movant Christine S. Keenan is a member of good standing of the bar of this Court.

2. Nathan L. Kinard is a member in good standing of the bar of the State of Tennessee. Attached hereto as Exhibit A is a Certificate of Good Standing for Nathan L. Kinard issued by the Supreme Court of the State of Tennessee.

3. This admission is solely for the purpose of participating in the representation of Walden Security in the above-captioned matter and in any hearings or proceedings arising therefrom.

4.      The declaration of Nathan L. Kinard required by the United States District Court for the Middle District of Louisiana Local Rule 83(b)(8)(D) is attached hereto as Exhibit B.

WHEREFORE, undersigned counsel prays that this Court admits Nathan L. Kinard *pro hac vice* to practice before this Court subject to all conditions and obligations which this Court may deem proper to impose.

Dated:  June 16, 2023                                   THE KULLMAN FIRM

By: */s/ Christine S. Keenan*
CHRISTINE S. KEENAN, T.A. (No. 23293)
ELIZABETH BAILLY BLOCH (No. 37591)
4605 Bluebonnet Boulevard, Suite A
Baton Rouge, Louisiana 70809
Telephone: (225) 906-4250
Facsimile: (225) 906-4230
E-mail: csk@kullmanlaw.com
ebb@kullmanlaw.com
*Attorneys for Defendant Metropolitan Security Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June, 2023, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that a copy has been forwarded via first class mail, postage prepaid and properly addressed, to *pro se* Plaintiffs as follows:

Brandon Albert Sibley
17517 Cline Drive
Maurepas, LA 70449

Howard Gary Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802

Melanie Jerusalem
5130 Woodside Drive
Baton Rouge, LA 70808

*/s/ Christine S. Keenan*
CHRISTINE S. KEENAN