**Exhibit B**

**Certification of Nathan L. Kinard**
**In Support of Motion to Appear *Pro Hac Vice***

In support of the Motion to Appear *Pro Hac Vice* filed on my behalf by Christine S. Keenan, T.A of The Kullman Firm, the undersigned states that, pursuant to Local Rule 83(b)(8)(D), I shall pay a fee of $100.00 to the Clerk of Court, have attached a certificate of good standing as Exhibit A to the Motion, and make the following affirmation in support of my application for leave to appear and participate in the above-captioned case:

1.      I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following federal courts and state's highest court:

- State of Tennessee, April 27, 2017[1];

- United States District Court for the Eastern District of Tennessee, September 27, 2017;

- United States District Court for the Middle District of Tennessee, July 11, 2022;

- United States District Court for the Northern District of Georgia, January 24, 2020;

- United States Court of Appeals for the Eleventh Circuit, June 6, 2017; and

- United States Court of Appeals for the Sixth Circuit, August 22, 2017.

2.      I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

3.      I have never been convicted of a crime.

---

[1] I am also a member of the bar of the State of Georgia and the bar of the Commonwealth of Virginia, though not specifically admitted to practice before their highest courts.

4.    I do solemnly affirm that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States. I do further solemnly affirm that I have read the Federal Rules of Civil Procedure, 28 U.S.C. App.; the Federal Rules of Criminal Procedure, 18 U.S.C. App.; the Federal Rules of Evidence; and the Uniform Local Rules of the United States District Court for the Middle District of Louisiana, and that I am fully prepared to use and abide by them in any practice before this Court.

Dated: June 12, 2023

CHAMBLISS, BAHNER & STOPHEL, P.C.

By: _____
    Nathan L. Kinard (TN BPR 35721)
    Liberty Tower
    605 Chestnut Street, Suite 1700
    Chattanooga, TN  37450
    Telephone: (423) 757-0231
    Facsimile: (423) 508-1231
    E-mail: nkinard@chamblisslaw.com