# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRANDON SIBLEY, ET AL.,** § | |
| § | |
| *PLAINTIFFS,* § | |
| § | |
| **VERSUS** § | **CIVIL ACTION NO.** |
| § | **3:23-cv-24-SMH-CBW** |
| **SHELLY D. DICK, ET AL.,** § | |
| § | |
| *DEFENDANTS.* § | |
| § | |

# **O R D E R**

Upon consideration of the Motion for Admission to Appear Pro Hac Vice of NATHAN L. KINARD, it is hereby ORDERED that Nathan L. Kinard is hereby admitted pro hac vice to participate as counsel in the above-captioned matter.

ORDERED in Lafayette, Louisiana, this 21st day of June, 2023.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**