**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BRANDON SIBLEY, ET AL.,** § | |
| § | |
| *PLAINTIFFS,* § | |
| § | |
| **VERSUS** § | **CIVIL ACTION NO.** |
| § | **3:23-cv-24-SMH-CBW** |
| **SHELLY D. DICK, ET AL.,** § | |
| § | |
| *DEFENDANTS.* § | |
| § | |

# O R D E R

Upon consideration of the Motion for Admission to Appear Pro Hac Vice of JUSTIN L. FURROW, it is hereby ORDERED that Justin L. Furrow is hereby admitted pro hac vice to participate as counsel in the above-captioned matter.

ORDERED in Lafayette, Louisiana, this 21st day of June, 2023.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE