UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**BRANDON SIBLEY, ET AL.**                          **CIVIL ACTION**

**VERSUS**                                          **NO. 23-24-SMH-CBW**

**SHELLY D. DICK, et al.**

---

**DEFENDANT DICK'S MOTION TO
SUBSTITUTE CORRECTED BRIEF**

Defendant, Chief Judge Shelly D. Dick represented by Brandon B. Brown, United States Attorney and Karen J. King, Assistant United States Attorney for the Western District of Louisiana, respectfully requests permission to withdraw a brief for non-compliance with the page requirements of LR 7(g) and replace it with a corrected brief.

1. Defendant Dick timely filed a reply brief in support of her Motion to Dismiss [Rec. Doc. 50] on June 20, 2023. Rec. Doc. 69, Reply Brief. The brief consisted of ten pages; however, the signature block and certificate of service were included on page 11.

2. After the brief was filed, counsel for Defendant Dick received a Notice of Non-Compliance with LR 7(g). Rec. Doc. 70

3. Thus, Defendant Dick seeks to substitute the initially filed reply with a corrected brief which complies with the page limit requirement of LR 7(g) and is attached hereto.

4. No substantive changes have been made to the filed brief. The font has been changed from Century Schoolbook, 12 pt. to Times New Roman, 12 pt.

5. Pursuant to LR 7, counsel for Defendant Dick contacted counsel for Walden Security and the USMS Defendants and neither object to the filing of the instant motion. Additionally, counsel contacted the plaintiffs. Plaintiff Sibley objects to the filing, and Plaintiff Brown does not, as long as there are no substantive changes, which there are not. Counsel

contacted Plaintiff Jerusalem but was unable to ascertain whether she opposed the motion, prior to the time of filing.

June 22, 2023

BRANDON B. BROWN
United States Attorney

BY:   *s/ Karen J. King*
KAREN J. KING (#23508)
Assistant United States Attorneys
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone:    (337) 262-6618
Facsimile:    (337) 262-6693
Email: karen.king@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of June, 2023, a copy of the foregoing Defendant Dick's Motion to Substitute Corrected Brief, Corrected Brief, and Proposed Order were filed electronically with the Clerk of Court using the CM/ECF system. I further certify that a copy of same has been forwarded via first class mail, postage prepaid and properly addressed to *pro se* Plaintiffs as follows:

Brandon Albert Sibley
17517 Cline Drive
Maurepas, LA 70449

Howard Gary Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802

Melanie Jerusalem
5130 Woodside Drive
Baton Rouge, LA 70808

*s/ Karen J. King*
KAREN J. KING  (#23508)
Assistant United States Attorney