# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**BRANDON SIBLEY, ET AL.**               **CIVIL ACTION**

**VERSUS**                                **NO. 23-24-SMH-CBW**

**SHELLY D. DICK, et al.**

---

# ORDER

Defendant Dick's Motion to Substitute Corrected Brief having been considered,

IT IS ORDERED that Defendant Dick's Motion to Substitute Corrected Brief is GRANTED, and the Clerk is instructed to withdraw Defendant, Chief Judge Shelly D. Dick's Reply Memorandum in Support of Motion to Dismiss [Rec. Doc. 69] and file the corrected Reply Memorandum in this case.

ORDER SIGNED IN Chambers this _____ day of June, 2023 at Lafayette, Louisiana.

_____
UNITED STATES MAGISTRATE JUDGE