

**United States District Court**
OFFICE OF THE CLERK
**Western District of Louisiana**

June 22, 2023

*Tom Stagg United States Court House*
*300 Fannin Street, Suite 1167*
*Shreveport, LA 71101*
*318-676-4273*

Howard G. Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802

Re:   Request for Reason for Filing Delay (Doc. 65 filed on June 13, 2023)
       3:23-cv-0024 Sibley, et al v. Dick, et al

Dear Mr. Brown:

This response is being provided using letterhead for the Western District of Louisiana since this case is assigned to judges in the Western District of Louisiana.

Please be informed that the Clerk of Court adheres to several internal policies regarding case-related filings, such as the motions mentioned in your request, a copy of which is attached hereto. You can be assured that the filed date of April 24, 2023, for those two motions matches the filed date on the docket sheet regardless of when they actually "appear[ed] on the record." Please also be informed that your case is not the only active case on the Court's docket. In fact, the Clerk of Court processes hundreds and even thousands of cases per year. Even though the filed date will always reflect the day documents are deemed filed with the Clerk of Court, for the reasons stated, we cannot guarantee that they will "appear on the record" on the same date they were filed.

Any future request for reasons for filing delay will be referred back to this letter.

Sincerely,

TONY R. MOORE, Clerk of Court

BY: s/Corey Whidden
       Deputy Clerk