

**United States District Court**
OFFICE OF THE CLERK
**Western District of Louisiana**

June 22, 2023

*Tom Stagg United States Court House*
*300 Fannin Street, Suite 1167*
*Shreveport, LA 71101*
*318-676-4273*

Howard G. Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802

Re:   Records Request and Questions for Clerk (Doc. 66 filed on June 13, 2023)
      3:23-cv-0024 Sibley, et al v. Dick, et al

Dear Mr. Brown:

This response is being provided using letterhead for the Western District of Louisiana since this case is assigned to judges in the Western District of Louisiana. The below responses are numbered to correlate with the format of plaintiff's request. ***(Attachment A)***

1. A review of the docket sheet for this case ***(Attachment B)*** indicates that the Notice of Motion Setting (Doc. 54) for Chief Judge Shelly D. Dick's Motion to Dismiss (Doc. 50) was filed AND entered on May 23, 2023. ***(Attachment C)*** The Clerk of Court is unaware of any document related to this filing bearing dates of "June 23, 2023, or June 2, 2023."

2. The Notice of Electronic Filing ***(Attachment D)*** for Document 54 indicates that the Notice of Motion Setting was "delivered by other means" to Plaintiffs Brandon Albert Sibley and Howard Gary Brown. The Clerk of Court for the Middle District of Louisiana employees a program that automatically prints documents of this nature to a network printer which is then retrieved by court personnel and mailed out via the U.S. Postal Service for those listed on the Notice of Electronic Filing as receiving them "by other means." The Clerk of Court notes that the third plaintiff, Melanie Jerusalem, who was added via the Amended Complaint (Doc. 22), did not begin receiving notices in this case until her first appearance, the filing of a "Reply Brief in Opposition to Doc. 50 Motion to Dismiss." (Doc. 61) At this point, questions regarding the delivery of the Notice of Motion Setting should be directed to the U.S. Postal Service.

3. A review of the docket sheet shows no mention of a "corrected copy" or "2nd notice" of the Notice of Motion Setting for Chief Judge Shelly D. Dick's Motion to Dismiss with a date of June 7, 2023; therefore, the Clerk of Court cannot address Plaintiff's questions. The docket sheet does show a Notice of Motion Setting (Doc. 59) filed on June 2, 2023; however, it is for a Motion to Dismiss filed by Metropolitan Security Services, Inc., which is an entirely different motion filed by an entirely different defendant.

4. Again, questions regarding the delivery of the Notice of Motion Setting via the U.S. Postal Service should be directed to the U.S. Postal Service.

5. A review of the docket sheet shows no filings on June 7, 2023, nor anything else entered on June 7, 2023; therefore, the Clerk of Court cannot address Plaintiff's questions.

6. A review of the docket sheet indicates only one Notice of Motion Setting for Chief Judge Shelly D. Dick's Motion to Dismiss. The Clerk of Court is unaware of any additional notice regarding this motion.

7. The Electronic Devices Policy for the U.S. District Court for the Middle District of Louisiana may be viewed and/or printed via their website: https://www.lamd.uscourts.gov/electronic-devices-policy.

8. Please contact the U.S. Marshal Service for the Middle District of Louisiana for any information regarding their policies. Their contact information is as follows:

>   U.S. Marshal Service
>   777 Florida Street, Room G-48
>   Baton Rouge, LA 70801-1763
>   Phone: (225) 389-0364

Sincerely,

TONY R. MOORE, Clerk of Court

BY: s/Corey Whidden
　　　Deputy Clerk