## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the above was provided by regular U.S. mail to:

**US Attorney (Middle District)**
**Ronald C. Gathe, Jr.**
777 Florida Street
Suite 208
Baton Rouge, LA 70801

**Elizabeth Bailly Bloch**
4605 Bluebonnet Boulevard
Suite A
Baton Rouge, LA 70809

**US Attorney (Western District)**
**Brandon B. Brown**
800 Lafayette Street
Suite 2200
Lafayette, LA 70501

**Tom Stagg**
**United States Court House**
300 Fannin Street
Suite 5101
Shreveport, LA 71101

Respectfully Submitted,

_____
Howard Brown, *Pro Se*