# Exhibit AP

Timeline of US Marshals Case
Filed Jan 17, 2023
Middle District of Louisiana
Case# 23-CV-0024
March 24, 2023 Motion for Leave to Amend complaint filed
March 27, 2023
Clerk enters Motion into the record
March 29, 2023 Recession of Masking requirements
March 29, 2023 Motion for Leave to Amend complaint Granted
April 24, 2023 Motion for Clarification filed
April 24, 2023 Motion for Rule 52 Findings of fact filed
April 25, 2023 Recession of Cares Act Authorization 45 days before expiration of previous order
April 25, 2023 Rule 52 Motion and Motion for Clarification entered into the record by Clerk
May 19, 2023 Motion on Cell Phones filed
May 23, 2023 Cell phone motion entered into the record
May 23, 2023 MTD from Shelly Dick filed & entered into the record

