## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDON ALBERT SIBLEY, ET AL. | CIVIL ACTION NO. 23-0024 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SHELLY D. DICK, ET AL. | MAGISTRATE JUDGE WHITEHURST |

### ORDER

Considering the foregoing Motion for A Hearing/Oral Argument (Record Document 77),

**IT IS HEREBY ORDERED** that the motion is **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 28th day of June, 2023.

S. Maurice Hicks, Jr.
United States District Judge