## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**BRANDON SIBLEY, ET AL.**                **CIVIL ACTION NO. 23-24-SMH-CBW**

**VERSUS**

**SHELLY D. DICK, et al.**

---

## ORDER

Defendant Dick's Motion to Substitute Corrected Brief having been considered,

IT IS ORDERED that Defendant Dick's Motion to Substitute Corrected Brief is GRANTED, and the Clerk is instructed to withdraw Defendant, Chief Judge Shelly D. Dick's Reply Memorandum in Support of Motion to Dismiss [Rec. Doc. 69] and file the corrected Reply Memorandum in this case.

THUS DONE AND SIGNED, in Shreveport, Louisiana, this 29th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE