## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDON SIBLEY, ET AL. | CIVIL ACTION NO. 23-0024 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SHELLY D. DICK, ET AL. | MAGISTRATE JUDGE WHITEHURST |

### ORDER

Before the Court is Plaintiff Howard Brown's ("Brown") Motion to Strike Duplicate Filing Doc. 85 and Request E-Filing for Plaintiffs. See Record Document 86. Brown seeks to strike a duplicate filing and further requests permission for all Plaintiffs to e-file their documents in this case. See id.

Considering the showing made in the motion, both requests are **GRANTED**. Record Document 85 is hereby stricken from the record and Plaintiffs are hereby granted permission to use the Case Management/Electronic Case Files system ("CM/ECF") for all filings.[1] Notice is hereby given that if the use of CM/ECF by Plaintiffs in this case proves problematic, then the undersigned has the authority to rescind e-filing privileges.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 28th day of July, 2023.

_____
United States District Judge

---

[1] Both the Western District of Louisiana's "Administrative Procedures for Filing Documents in Civil and Criminal Cases" and the Middle District of Louisiana's "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants" contemplate the use of CM/ECF by pro se litigants if authorized by the Court.