# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDON SIBLEY, ET AL. | CIVIL ACTION NO. 23-0024 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SHELLY D. DICK, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## ORDER

Before the Court is a second "Motion to Request Findings of Fact and Conclusions of Law" (Record Document 90) filed by Plaintiff Howard Brown ("Brown"). Brown requests that the Court provide the findings of fact and conclusions of law "regarding the denial of [his] equitable relief against agency action as outlined in the complaint (Doc. 1), and subsequent filings." Id. at 1.

This Court has denied Plaintiffs' request for a preliminary injunction. Orders setting forth the Court's reasoning were filed in the record. However, the request for a permanent injunction remains pending. As stated in a previous order (Record Document 38), this litigation is still in its early stages. Motions to Dismiss have been filed by three groups of Defendants. The Court must resolve those motions before the case proceeds further. Thus, at this stage, the request for findings of fact and conclusions of law (Record Document 90) must be **DENIED**.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 7th day of August, 2023.

_____
United States District Judge