UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**BRANDON SIBLEY, ET AL.**             **CIVIL ACTION**

**VERSUS**            **NO. 23-24-SMH-CBW**

**SHELLY D. DICK, et al.**

---

### DEFENDANT SHELLY D. DICK'S RESPONSE TO CO-DEFENDANTS' MOTION TO STAY DISCOVERY

Currently pending before this Court are three motions to dismiss filed by all named defendants. (Docs. 50, 57, 60). On November 15, 2023, the Marshal Defendants filed a Motion to Stay Discovery (Doc. 107).

Defendant, Shelly D. Dick concurs with the Motion to Stay Discovery filed by co-defendants in this matter. In her Motion to Dismiss, Defendant Dick asserts that she is entitled to absolute judicial immunity from claims in her official and personal capacity. Alternatively, Defendant Dick asserts that she is entitled to qualified immunity. (Doc. 51 at 2-3, 5-7, 13-14). These doctrines provide an immunity from suit, not just a defense to liability. *Pearson v. Callahan*, 555 U.S. 223, 237, 129 S.Ct. 808, 172 L.Ed.2d 656 (2009). Importantly, they also protect the party asserting immunity from pretrial discovery. *See Carswell v. Camp*, 54 F.4th 307, 310 (5th Cir. 2022). The Fifth Circuit has clarified that all discovery must be stayed where a defendant has raised the defense of qualified immunity. *See Carswell v. Camp*, 54 F.4th at 311-312. Likewise, the Fifth Circuit has stated that discovery should not be allowed until the threshold question of absolute immunity is resolved. S*ee McCoy v. McCormick*, No. CV 22-443-BAJ-RLB, 2022 WL 4227239, at *2–3 (M.D. La. Sept. 13, 2022), *citing Rouser v. Johnson*, 36 F.3d 90 (5th Cir. 1994). Thus, Defendant Dick and all co-defendants asserting absolute and/or qualified immunity are entitled to

a stay of discovery pending the resolution of defendants' motions to dismiss.

For the reasons assigned herein and, in the Marshal Defendants' Motion to Stay Discovery, Defendant Shelly D. Dick respectfully requests that the Court grant the Motion to Stay Discovery as to all defendants pending the resolution of the defendants' motions to dismiss.

                          Respectfully submitted,

                          BRANDON B. BROWN
                          United States Attorney

BY:   *s/ Karen J. King*
         KAREN J. KING (#23508)
         Assistant United States Attorneys
         800 Lafayette Street, Suite 2200
         Lafayette, Louisiana 70501
         Telephone:   (337) 262-6618
         Facsimile:    (337) 262-6693
         Email: karen.king@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of November, 2023, a copy of the foregoing *Defendant Shelly D. Dick's Response to Co-Defendants' Motion To Stay Discovery* was filed electronically with the Clerk of Court using the CM/ECF system. I further certify that a copy of same has been forwarded via first class mail, postage prepaid and properly addressed, to *pro se* Plaintiffs as follows:

| Brandon Albert Sibley | Howard Gary Brown | Melanie Jerusalem |
| --- | --- | --- |
| 17517 Cline Drive | 1344 Lakeridge Drive | 5130 Woodside Drive |
| Maurepas, LA 70449 | Baton Rouge, LA 70802 | Baton Rouge, LA 70808 |

                        *s/ Karen J. King*
                        KAREN J. KING  (#23508)
                        Assistant United States Attorney