## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDON SIBLEY, ET AL. | CIVIL ACTION NO. 23-0024 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SHELLY D. DICK, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## ORDER

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motions to Dismiss (Record Documents 50 & 57) filed by Defendant Chief Judge Shelly D. Dick ("Chief Judge Dick") and Defendant Metropolitan Security Services, Inc. d/b/a Walden Security ("Walden Security") be and are hereby **GRANTED**.  All of Plaintiffs' claims against Chief Judge Dick and Walden Security are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 12th day of March, 2025.

_____
United States District Judge